A. W. HOWARD v. QUEEN CITY COACH COMPANY.

(Filed 11 October, 1939.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendant from *Rousseau, J.,* at February Term, 1939, of McDOWELL.

Civil action for personal injuries and property damage arising out of collision between plaintiff's automobile and defendant's bus.

From verdict and judgment for plaintiff, the defendant appeals, assigning errors.

*Morgan & Morgan and Paul J. Story for plaintiff, appellee.*
*Williams & Cocke and W. R. Chambers for defendant, appellant.*

PER CURIAM. One member of the Court, *Winborne, J.,* not sitting, and the remaining six being evenly divided in opinion whether reversible error has been shown, the judgment of the Superior Court is affirmed, accordant with the usual practice in such cases, and stands as the decision in the instant case, without becoming a precedent. *Toxey v. Meggs, ante,* 798, and cases there cited.

Affirmed.